UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

|  |  |
|---|---|
| In re: | : |
|  | : |
| Roxanne R Burnett | : Case No.: 14-03272 |
| FKA Roxanne R Williams | : Chapter 13 |
|  | : Judge Janet S. Baer |
| Debtor. | : * * * * * * * * * * * * * * * * * * * * |
|  | : |

## NOTICE OF MOTION

**Notified via Electronic Filing**

U.S. Trustee
Patrick S. Layng
Office of the United States Trustee, Region 11
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Tom Vaughn
55 E. Monroe Street
Suite 3850
Chicago, IL  60603

Lorena Hernandez
Attorney for Roxanne R Burnett  FKA Roxanne R Williams
The Law Offices of Ernesto D. Borges, Jr
105 W Madison, 23rd Floor
Chicago, IL 60602
notice@billbusters.com

**Notified via US Postal Service**

Roxanne R Burnett  FKA Roxanne R Williams
Donald  Burnett
7441 S Indiana Ave
Chicago, IL  60619

14-003453_RDH2

Internal Revenue Service
Official Bankruptcy Address
PO BOX 7317
Philadelphia, PA  19101-7346

Please take notice that on July 24, 2014, at 9:30 AM, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Janet S. Baer, 219 South Dearborn, 615, Chicago, IL, 60604 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion.  At that time and place you may attend if you so choose.

## AFFIDAVIT OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the partie s listed above, by causing sam e to be m ailed in a properly addressed envelope, postage prepaid, from  1400 Goodale Blvd, Gra ndview Heights, OH 43212, on 17th day of July, 2014, unless a copy was provided electronically by the Clerk of the Court.

Date  July 17, 2014                                  /s/ Cari A. Kauffman
                                                                    Signature

14-003453_RDH2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Motion for Relief from the Automatic Stay and Co-Debtor Stay (First Mortgage) was served on the parties listed below via e-mail notification:

U.S. Trustee
Patrick S. Layng
Office of the United States Trustee, Region 11
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Tom Vaughn
55 E. Monroe Street
Suite 3850
Chicago, IL  60603

Lorena Hernandez
Attorney for Roxanne R Burnett
FKA Roxanne R Williams
The Law Offices of Ernesto D. Borges, Jr
105 W Madison, 23rd Floor
Chicago, IL 60602
notice@billbusters.com

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale Blvd, Grandview Heights, OH 43212, on July 17, 2014:

Roxanne R Burnett
FKA Roxanne R Williams
Donald  Burnett
7441 S Indiana Ave
Chicago, IL  60619

Internal Revenue Service
Official Bankruptcy Address
PO BOX 7317
Philadelphia, PA  19101-7346

/s/ Cari A. Kauffman

14-003453_RDH2

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
| Roxanne R Burnett | : | Case No.:  14-03272 |
| FKA Roxanne R Williams | : | Chapter 13 |
| | : | Judge Janet S. Baer |
| **Debtor.** | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY (FIRST MORTGAGE)

The Bank of New York Mellon fka The Bank of New York as Trustee for the certificateholders of the CWABS, INC., Asset-Backed Certificates, Series 2004-13 ("Movant"), hereby moves the Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of Roxanne R Burnett  FKA Roxanne R Williams (the "Debtor(s)") having an address of 7441 S Indiana Ave, Chicago, IL 60619, (the "Property") and hereby moves the Court, pursuant to 11 U.S.C. § 1301(c) for relief from the co-debtor stay as to Donald  Burnett (the "Co-Debtor").  The Required Statement is attached hereto as Exhibit 1, in accordance with Local Rule 4001-1.  In further support of this Motion, Movant respectfully states:

  1.  A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor(s) on February 1, 2014.

  2.  A Chapter 13 Plan was confirmed on May 15, 2014.

14-003453_RDH2

3. The Debtor has/have executed and delivered or is otherwise obligated with respect to that certain promissory note in the original principal amount of $140,000.00 (the "Note"). A copy of the Note is attached hereto as Exhibit A. Movant is an entity entitled to enforce the Note.

4. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor(s) and Co-Debtor under and with respect to the Note and the Mortgage are secured by the Property. A copy of the Mortgage is attached hereto as Exhibit B.

5. The loan was modified as set forth in the Loan Modification Agreement attached as Exhibit C.

6. All rights and remedies under the Mortgage have been assigned to the Movant pursuant to that certain assignment of mortgage, a copy of which is attached hereto as Exhibit D.

7. Bank of America, N.A. services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor(s) obtain(s) a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through and agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed.

8. As of the July 2, 2014, the outstanding amount of the Obligations is: $188,585.15.

9. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has also incurred $1,026.00 in legal fees and costs. Movant reserves all rights to seek an award or allowance of

14-003453_RDH2

such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

10. The Debtor(s) plan calls for the Debtor(s) to make postpetition mortgage payments to the Movant.

11. The following chart sets forth the number and amount of postpetition payments due pursuant to the terms of the Note that have been missed by the Debtor(s) and Co-Debtor :

| Number of Delinquent Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 4 | 04/01/14 | 07/01/14 | $1,634.66 | $6,538.64 |
| Less partial payments: | | | | ($1,556.10) |

**Total: $4,982.54**

12. The estimated market value of the Property is $ 81,000.00. The basis for such valuation is the Debtor(s) Schedule A.

13. The subject Mortgage is co-signed by Donald Burnett and that to the extent that the Co-Debtor stay of 11 U.S.C. § 1301 applies to real estate loans, it applies to Donald Burnett and grounds exist for relief therefrom under 11 U.S.C. § 1301(c)(1) as the Co-Debtor received an ownership interest in the Property and under 11 U.S.C. § 1301(c)(3) if the automatic stay is modified therein.

14. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $189,140.46.

15. Cause exists for relief from the automatic stay for the following reasons:

(a) Debtor(s) and Co-Debtor have no equity in the Property and the Property is not needed by the Debtor(s) for its reorganization. Movant believes that the Property

14-003453_RDH2

has a value of $81,000.00 based on the Debtor(s) Schedule A, which is attached hereto as Exhibit E. The balance on Movant's first mortgage exceeds the value of the Property. Based upon the lack of equity in the Property, Movant asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

(b) Postconfirmation payments required by the confirmed plan have not been made to Movant.

16. Creditor, by counsel, further prays that the 14-day stay of the order imposed by Bankruptcy Rule 4001(a)(3) be waived.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

3. For such other relief as the Court deems proper.

Dated: 07/17/14                                            Respectfully submitted,

/s/ Cari A. Kauffman
Cari A. Kauffman (6301778)
Keith Levy (6279243)
Sarah E. Willms (28840-64)
Stacey A. O'Stafy (0070386)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Cari A. Kauffman.
Contact email is cak@manleydeas.com

14-003453_RDH2

Document      Page 8 of 8

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay and Co-Debtor Stay (First Mortgage) was served on the parties listed below via e-mail notification:

U.S. Trustee
Patrick S. Layng
Office of the United States Trustee,
Region 11
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Tom Vaughn
55 E. Monroe Street
Suite 3850
Chicago, IL  60603

Lorena Hernandez
Attorney for Roxanne R Burnett
FKA Roxanne R Williams
The Law Offices of Ernesto D. Borges, Jr
105 W Madison, 23rd Floor
Chicago, IL 60602
notice@billbusters.com

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale Blvd,  Grandview Heights, OH 43212, on July 17, 2014:

Roxanne R Burnett
FKA Roxanne R Williams
Donald  Burnett
7441 S Indiana Ave
Chicago, IL  60619

Internal Revenue Service
Official Bankruptcy Address
PO BOX 7317
Philadelphia, PA  19101-7346

/s/ Cari A. Kauffman

14-003453_RDH2