IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:                              Chapter 13

    Margaret L. Davis,                         Case No. 14-01016

        Debtor(s).                             Honorable Janet S. Baer

## NOTICE OF MOTION

TO:  See attached Service List

    On July 24, 2014, at 9:30 a.m., I shall appear before Bankruptcy Judge Janet S. Baer, 219 South Dearborn Street, Courtroom 615, Chicago, Illinois 60604, or in her absence, before such other Bankruptcy Judge as may be presiding in her place and stead, and shall then and there present the attached Motion for Relief from Automatic Stay and Motion for Relief from Co-Debtor Stay filed by Nationstar Mortgage LLC, at which time and place you may appear if you so see fit.

                                      HEAVNER, BEYERS & MIHLAR, LLC
                                      Attorneys at Law
                                      Heather M. Giannino (ARDC #6299848)
                                      111 East Main Street
                                      Post Office Box 740
                                      Decatur, Illinois 62525-0740
                                      (217) 422-1719
STATE OF ILLINOIS
COUNTY OF MACON

    I, Heather M. Giannino, an attorney, being first duly sworn upon oath, depose and state that I have served the above and foregoing Notice, together with all required papers, upon the above-named parties, as to the Trustee and Debtor's attorney via electronic notice on July 15, 2014, and as to the Debtor and Co-Debtor by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the United States mailbox at Decatur, Illinois 62523 this 15th day of July, 2014.

                                                          /s/ Heather M. Giannino
                                                            Heather M. Giannino

-2-

## Service List

**Service By Mail:**

Margaret L. Davis
7637 S. Hermitage Avenue
Chicago, IL 60620

Joe C. Davis
7637 S. Hermitage Ave.
Chicago, IL 60620-4434

**Service By Electronic Notification Through ECF:**

Martin A. Lear
Law Offices of Ernesto Borges
105 West Madison, 23rd Floor
Chicago, IL 60602

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Margaret L. Davis, | Case No. 14-01016 |
| Debtor(s). | Honorable Janet S. Baer |

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND MOTION FOR RELIEF FROM CO-DEBTOR STAY

NOW COMES Nationstar Mortgage LLC, (hereinafter "Movant") by and through its attorneys, Heavner, Beyers & Mihlar, LLC, and moves for the entry of an Order granting relief from the Automatic Stay pursuant to the United States Bankruptcy Code, Section 362(d), and the Co-Debtor Stay pursuant to the United States Bankruptcy Code, Section 1301, or in the alternative to dismiss, and as cause for its motion states as follows:

1. On January 14, 2014, the Debtor(s) filed the instant case pursuant to 11 U.S.C. Chapter 13, listing Movant as a secured creditor by virtue of a Note secured by a mortgage on the Debtor's and Co-Debtor's, Joe C. Davis, real estate commonly known as: 7637 S. Hermitage Ave., Chicago, Illinois 60620-4434 (Real Estate). Both the Note and the Mortgage are dated February 1, 2008.

2. Payments under the terms of said Note and Mortgage are in default and the loan is currently due for the monthly installment payment due August 1, 2012, and for all succeeding monthly installments due thereafter.

3. Since the filing of the instant case, post-petition mortgage defaults have accrued in the amount of $2,923.10; including three mortgage payments for the months of May 2014 through July 2014 in the amount of $862.55 per month; filing costs of $176.00, and attorney's fees of $850.00; less funds in suspense in the approximate amount of $690.55.

4. To date, the total payoff on the aforementioned Note exceeds $166,692.31.

5. There is currently a continuing daily increase in the total indebtedness due under the Note and Mortgage and chargeable against the Real Estate for interest and costs due under the Note and Mortgage all of which results in Movant being deprived of adequate protection as a secured lien holder with respect to said Real Estate.

6. The Debtor's nonpayment pursuant to the terms of the Chapter 13 Plan constitutes

unreasonable delay to the prejudice of creditors in violation of 11 U.S.C. Section 1307(c)(1).

7. The Debtor's nonpayment pursuant to the terms of the Chapter 13 plan constitutes a failure to commence making timely payments in violation of 11 U.S.C. Section 1307(c)(4).

8. Movant is also entitled to relief pursuant to 11 U.S.C. 362(d)(2)(B) as the Real Estate is not necessary for the Debtor's successful reorganization.

9. Movant is also entitled to relief pursuant to 11 U.S.C. 1301(c)(3) as the Creditor's interest would be irreparably harmed by the continuation of the Co-Debtor stay.

10. Movant further requests waiver of the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

11. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

WHEREFORE, Nationstar Mortgage LLC, prays that an Order be entered in this cause terminating, annulling or modifying the Automatic Stay as provided pursuant to the United States Bankruptcy Code, Section 362 and the Co-Debtor stay pursuant to the United States Bankruptcy Code, Section 1301, or dismissal of this cause, so that Nationstar Mortgage LLC, its successors and assignees, be permitted to initiate or proceed with mortgage foreclosure proceedings, and for such further relief as may be appropriate.

Nationstar Mortgage LLC,

/s/Heather M. Giannino
Heather M. Giannino

HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
Heather M. Giannino (ARDC #6299848)
111 East Main Street
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719

-3-

This advice pertains to your dealings with our firm as a debt collector. It does not affect your dealings with the court, and in particular it does not change the time at which you must answer the motion. The advice in this notice also does affect our relations with the court. As attorneys, we may file papers in the suit according to the court's rules and the judge's instructions.

## NOTICE PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. Section 1601 as Amended

1. The amount of the debt is stated in the motion attached hereto.

2. The movant named in the attached motion is the creditor to whom the debt is owed or is the servicing agent for the creditor whom the debt is owed.

3. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid.

4. If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of the debt and mail you a copy of such verification.

5. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

6. Nothing in this notice should be construed as an agreement by the movant to extend or stay any time periods established by law with respect to the litigation which is the subject of the attached motion.

7. Written requests should be addressed to Heavner, Beyers & Mihlar, LLC, 111 East Main Street, Decatur, Illinois 62523.

8. Please be advised that this is an attempt to collect a debt. Any information obtained will be used for that purpose.